IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOUNG YIL JO,

        Plaintiff,                     1:09 CV 00924 OWW WMW PC

   vs.                            ORDER DISMISSING ACTION

SIX UNKNOWN NAMED AGENTS, et al.,

        Defendants.

        Plaintiff is a prisoner in the custody of the U.S. Bureau of Prisons at the Federal Correctional Institution in Milan, New Mexico.  To date, Plaintiff has filed over seventy civil cases in this district.  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.  The complaint in this action is duplicative of at least seven previous complaints filed this year.[1]  There is no good faith basis for the filing of duplicative actions.  In addition, the complaint itself fails to state any cognizable claims under federal law, as it is rambling and nonsensical.

        Accordingly, this action is DISMISSED, WITH PREJUDICE.

---

    [1]The Court takes judicial notice of case numbers 07-CV-0075 LJO DLB P, Jo v. Six Unknown Named Agents, 07-CV-0315 LJO NEW P, Jo v. Six Unknown Named Agents, 07-CV-0402 AWI SMS P, Jo v. Six Unknown Named Agents, 07-CV-0476 OWW SMS P, Jo v. Six Unknown Named Agents, 07-CV-0766 AWI NEW P, Jo v. Six Unknown Named Agents, 07-CV-0159 AWI SMS P, Jo v. Six Unknown Named Agents, 07-CV-0848 OWW NEW P, Jo v. Six Unknown Named Agents.

1

1

2

3   IT IS SO ORDERED.

4   **Dated:    June 2, 2009**                          /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26